

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00072-CR

CHARLES CLYDE INGRAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 173rd District Court
Henderson County, Texas
Trial Court No. CR16-0711-173

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the clerk's record and the reporter's record in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Sensitive data also includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record contains a social security number. Volumes five, twelve, fifteen through eighteen, twenty, and twenty-one, together with the supplemental and second supplemental reporter's records, including Exhibits A, 3A, and 3B, contain the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and volumes five, twelve, fifteen through eighteen, twenty, and twenty-one, together with the supplemental and second supplemental reporter's records, including Exhibits A, 3A, and 3B, contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and the enumerated portions of the reporter's record.

IT IS SO ORDERED.

BY THE COURT

Date:   November 19, 2019